IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

QUENTIN DOOLEY,

    Plaintiff,

v.

DR. HEINS; and DR. BROOME,

    Defendants.

CIVIL ACTION NO.: 6:18-cv-49

**ORDER**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 23. Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's monetary damages claims against Defendants in their official capacities. Plaintiff's deliberate indifference claims against Defendants in their individual capacities remain pending.

**SO ORDERED**, this 14th day of February, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA