

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 3:54 pm, Oct 02, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

QUENTIN A. DOOLEY,

    Plaintiff,

v.

DR. HEINS, in his individual capacity; and
DR. BROOME, in his official capacity,

    Defendants.

CIVIL ACTION NO.: 6:18-cv-49

**O R D E R**

This matter is before the Court on the United States Marshals Service's Unexecuted Return as to Defendants. Doc. 26. On January 21, 2020, this Court ordered service of Plaintiff's Complaint upon Defendants and advised Defendants of their duty to avoid unnecessary costs when service is executed. Doc. 23. The Court noted a defendant "who fails to comply with the request for waiver must bear the costs of personal service unless good cause can be shown for the failure to return the waiver." Id. at 9 (citing Fed. R. Civ. P. 4(d)(2)). The United States Marshals Service sent the service waivers to Defendants on January 23, 2020, and the certified mail card was returned, signed by "B. Lane," on January 27, 2020. Doc. 26. However, these waivers were returned as unexecuted on August 1, 2020, and were filed on August 6, 2020. Id.

The Court **ORDERS** the United States Marshals Service to personally serve Defendants with a copy of the Court's January 21, 2020 Order and this Order within 30 days, if practicable, and to exercise due caution in attempting to effectuate service on Defendants. The Court imposes the costs of personal service on Defendants. Fed. R. Civ. P. 4(d)(2)(A). The Court

**ORDERS** Defendants to file their Answers to Plaintiff's Complaint as quickly as possible, but, in no event later than 30 days after the United States Marshals Service personally serves them with process. The Court advises Defendants that their failure to abide by these directives will result in the imposition of sanctions beyond the costs of personal service. In addition, if Plaintiff has any information regarding Defendants' whereabouts, he should provide that to the United States Marshals Service.

**SO ORDERED**, this 2nd day of October, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA